INTERNATIONAL TRUST CO., Applt., v. William GOW et al., Respts. (Supreme Court, Appellate Division, First Department. December 24, 1915.) Order reversed, with $10 costs and disbursements, and motion granted upon conditions stated in order. No opinion. Order filed.

Alfred W. IRELAND v. C. M. TRAVER CO. (Supreme Court, Appellate Division, First Department. December 24, 1915.) Motion granted, with $10 costs. Order filed.

H. Cecil JACKSON, respondent, v. REDFERN COMPANY, Limited, appellant. (Supreme Court, Appellate Division, Second Department. December 24, 1915.) Order, in so far as appealed from, reversed, with $10 costs and disbursements, and motion in its entirety granted, with $10 costs, upon the ground that, according to the well-settled practice as established by many decisions, the defendant is entitled to have a full bill of particulars as asked for in the notice of motion. See American Woolen Co. of New York v. Altkrug, 137 App. Div. 621, 122 N. Y. Supp. 394; Rhodes v. Adams, 113 App. Div. 304, 98 N. Y. Supp. 913; Dempsey v. Bergen County Traction Co., 74 App. Div. 474, 77 N. Y. Supp. 456; Dwyer v. Slattery, 118 App. Div. 345, 103 N. Y. Supp. 433; Hoareau v. Schwartzkopf, 142 App. Div. 69, 70, 126 N. Y. Supp. 448; and Havholm v. Whale Creek Iron Works, 159 App. Div. 578, at 582, 144 N. Y. Supp. 833. Jenks, P. J., and Stapleton, Mills, Rich, and Putnam, JJ., concur.

Peter JENSEN, Respt., v. CAULDWELL WINGATE CO., Applt. (Supreme Court, Appellate Division, First Department. December 24, 1915.) Judgment and order reversed and new trial ordered, with costs to appellant to abide event, unless plaintiff stipulate to reduce verdict to $8,000; in which event, judgment as so modified and order affirmed, without costs. No opinion. McLaughlin, J., dissenting and voting for new trial. Settle order on notice.

JOHN H. KAMMAN CO., applt., v. Frederic A. DELANO, et al., respts. (Supreme Court, Appellate Division, Fourth Department. January 5, 1916.) Judgment and order affirmed with costs. All concur.

JONES, Respondent, v. BALDWIN-DEVINE, Appellant. (Supreme Court, Appellate Division, Second Department. December 10, 1915.) Action by Holmes Jones against Lilla M. Baldwin-Devine. No opinion. The record shows that the jury did not consider the $250 paid the plaintiff at the time he was retained. Such retainer is to compensate pro tanto for services rendered and disbursements made. The finding of the referee that plaintiff was guilty of misconduct is an adjudication of that fact, and was properly received as evidence thereof upon the issue of misconduct raised by the answer. The verdict is therefore against the weight of evidence. While the order upon the referee's report remains unreversed, the fact of misconduct may not again become an issuable fact. Judgment and order reversed, and new trial granted; costs to abide the event. See, also, 155 N. Y. Supp. 1116.

Frederick A. JONES, Respt., v. William E. WOODIN and ano., Applts. (Supreme Court, Appellate Division, First Department. December 30, 1915.) Judgment and order affirmed, with costs. No opinion. Order filed.

Ernest JONSON, respondent, v. MERRILL BROTHERS, appellant, and another, defendant. (Supreme Court, Appellate Division, Second Department. December 24, 1915.) Judgment and order unanimously affirmed, with costs. No opinion.

Patrick KAINE, Respt., v. ARTHUR McMULLEN COMPANY, Applt. (Supreme Court, Appellate Division, First Department. December 24, 1915.) Judgment and order affirmed, with costs. No opinion. Order filed.

James H. KEHOE, respt., v. KNIGHTS OF THE MODERN MACCABEES, applt. (Supreme Court, Appellate Division, Fourth Department. January 5, 1916.) Judgment affirmed with costs. All concur.

Herbert KELDERHOUSE, applt., v. John V. McGARRY and one, respts. (Supreme Court, Appellate Division, Fourth Department. December 8, 1915.) Judgment affirmed with costs. All concur.

M. Edward KELLEY v. Samuel A. OSBORN. (Supreme Court, Appellate Division, First Department. December 24, 1915.) Application granted. Order signed.

Anthony KELLY, Respt., v. INTERBORO FERRY CO. OF BROOKLYN, Applt. (Supreme Court, Appellate Division, First Department. December 24, 1915.) Judgment and order affirmed, with costs. No opinion. Order filed.

Anthony KELLY v. INTERBORO FERRY CO. OF BROOKLYN. (Supreme Court, Appellate Division, First Department. January 14, 1916.) Motion denied, with $10 costs. Order filed.

The KINNEAR MFG. CO., respt., v. G. H. PETERS CO., applt. (Supreme Court, Appellate Division, Fourth Department. January 5, 1916.) Judgment affirmed with costs. All concur.

Marc KLAW et al., Respts., v. GENERAL FILM CO., Applt. (Supreme Court, Appellate Division, First Department. December 24, 1915.) Judgment (154 N. Y. Supp. 988) modified, by striking out the provision for an extra allowance to the plaintiffs, and as thus modified affirmed, with costs to respondents. No opinion. Settle order on notice.

KLONDYKE GOVT. CONCESSION, Ltd., Respt., v. Arthur N. C. TREADGOLD, impld.